IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-03604 |
| Susie V Willis, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Pamela S. Hollis |

## NOTICE OF MOTION

To:   Patrick S Layng, U.S. Trustee *notice via ECF delivery system*

Marilyn O. Marshall, Chapter 13 Trustee *notice via ECF delivery system*

Susie V Willis, 1931 Dewey Ave Evanston, IL 60201 *via US Mail*

Shellpoint Mortgage Servicing, 75 Beattie Pl. Ste. 300 (MS 157), Greenville SC 29601 *via US Mail*

Bank of New York Mellon, c/o Shellpoint Mortgage Servicing , PO Box 10826, Greenville, SC 29603-0826 *via US Mail*

*Additional Creditors, See attached service list*

PLEASE TAKE NOTICE that on November 30, 2016 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Pamela S. Hollis or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 644, Chicago, Illinois 60604, and present the attached MOTION TO AUTHORIZE LOAN MODIFICATION, and shall request that the attached Order be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtors(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

<u>CERTIFICATE OF SERVICE</u>

      The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before November 8, 2016.

                                            /s/ *David H. Cutler*
                                            David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-03604 |
| Susie V Willis, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Pamela S. Hollis |

MOTION TO AUTHORIZE LOAN MODIFICATION

NOW COMES the Debtor, SUSIE V WILLIS (hereinafter referred to as "DEBTOR"), by and through his attorneys, Cutler and Associates, Ltd., and moves this Honorable Court for entry of an Order Authorizing the LOAN MODIFICATION, and in support thereof, respectfully represent as follows:

1. On February 5, 2016, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor's Chapter 13 Plan was confirmed March 23, 2016.

3. The confirmed Plan pays 100% (one hundred percent) to the GUCs and the payment is $340.00 (three hundred and forty) per month for 60 (sixty) months.

4. Debtor would like to accept an offer to modify the mortgage loan securing her real property located at 1931 Dewey Ave Evanston, IL 60201.

5. At the time of filing of this case, the loan balance on this mortgage obligation was in the amount of $226,515.00 (two hundred twenty-six thousand five hundred and fifteen).

6. The new proposed principal balance of the Debtor's loan will be $353,522.35 (three hundred fifty-three thousand five hundred and twenty-two point thirty-five) which includes any past due amounts. $106,056.71 (one hundred six thousand and

3

        fifty-six point seventy-one) of the new principal balance will be deferred. (See Exhibit A).

7. The prior monthly payment was $1,477.14 (one thousand four hundred and seventy-seven point fourteen).

8. The new monthly mortgage payment will be $1,317.71 (one thousand three hundred seventeen point seventy-one), which includes monthly principal and interest and which will be adjusted periodically.

9. The prior interest rate was 3% (three percent).

10. The new interest rate will be 2% (two percent) in years 1-3, then 3% (three percent) in year 4, and 4% (four percent) in remaining years.

11. Debtor requests that this Honorable Court grants authority to modify her current mortgage loan.

WHEREFORE, Debtor respectfully prays that this Court enter an order granting authority for Debtor to modify her mortgage with Shellpoint Mortgage Servicing, and for such other and further relief this court deems just and equitable.

                                                /s/ *David H. Cutler*
                                                David H. Cutler, ESQ
                                                Attorney for Debtors(s)
                                                Cutler & Associates Ltd.
                                                4131 Main St.
                                                Skokie IL 60076
                                                (847) 673-8600