UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 16-03604
Susie V Willis  )
 )  Chapter: 13
 )  Honorable Pamela S. Hollis
 )
 )
Debtor(s)  )

**ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION**

Having read the MOTION TO AUTHORIZE LOAN MODIFICATION, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor, Susie V Willis, is authorized to modify the mortgage loan securing her real property located at 1931 Dewey Ave Evanston, IL 60201 according to the following terms:
Loan Amount not to exceed: $353,522.35
Loan term: 243 months
Loan Rate: 2% in years 1-3, then 3% in year 4, and 5% in remaining years
Loan Payment: $1,317.71 (adjusted periodically)

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 30, 2016

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600