# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | October 21, 2019 |
| **Bankruptcy Case** | 16bk03604 | **Adversary No.** | |
| **Title of Case** | Susie V Willis | | |

**Brief Statement of Motion**

Motion for Relief from Stay as to 1931 Dewey Ave, Evanston, Illinois 60201-3407

(Docket #27)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED that:**

The automatic stay is to remain in effect until November 18th, 2019 at 10:00 A.M.

*LaShonda A. Hunt* MLH
U. S. Bankruptcy Judge LaShonda A. Hunt