Fill in this information to identity the case:

| | |
|---|---|
| Debtor 1 | Susie Willis |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Northern District of Illinois, Chicago Division    District of    IL (State) |
| Case number | 1603604 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

Name of creditor: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC, ALTERNATIVE LOAN TRUST2006-39CB, MORTGAGE PASS-THROUGH

Court claim no. (if known)    3-2

**Last four digits** of any number you use to identify the debtor's account:    1822

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1 Late Charges | | |
| 2 NSF Fees | | |
| 3 Attorneys Fees | | |
| 4 Filing Fees and Court Costs | | |
| 5 Bankruptcy/Proof Of Claim Fees | | |
| 6 Appraisal / BPO Fees | | |
| 7 Property Inspection Fees | 6-18-2019 @ $13.00 each | $13.00 |
| 8 Tax Advances (Non-Escrow) | | |
| 9 Insurance Advances (Non-Escrow) | | |
| 10 Property Preservation Expenses | | |
| 11 Other Fee 1 | | |
| 12 Other Fee 2 | | |
| 13 Other Fee 3 | | |
| 14 Other Fee 4 | | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Susie Willis                         Case number 1603604
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Lois Gober                                            Date    07/27/2019
Signature

| | | | |
|---|---|---|---|
| **Print:** | Lois Gober | Title | Bankruptcy Case Manager |
| Company | NewRez LLC DBA Shellpoint Mortgage Servicing | | |
| Address | PO Box 10826 | | |
| | Greenville      SC      29603-0826 | | |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

| | |
|---|---|
| NewRez LLC DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                        (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Susie Willis
     Debtor 2

Case No:    1603604

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  7/27/2019.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Marilyn O Marshall
224 S Michigan Ave
Suite 800
Chicago, IL  60604


David H Cutler
4131 Main St
Skokie, IL  60076


Susie Willis

1931 Dewey Ave
Evanston IL  60201


/s/ Lois Gober